**United States District Court** *for the* **District of Puerto Rico**

# CATEGORY SHEET

1. Title of Case (Name of first party on each side only)

   U.S. v. **$1,000,000.00** contained in Charles Schwab & Co., Inc. account #**9991-8933**, in the name of Donald Keith ELLISON, seized on April 26, 2019, ET. AL.,

2. Category in which case belongs: (See Local Rules)

   [X] ORDINARY CIVIL CASE    CIVIL FORFEITURE
   ___ SOCIAL SECURITY
   ___ BANK CASE
   ___ INJUNCTION

3. Title and number, if any, of related cases (See Local Rules)
   _____
   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?
   ☐ YES    [X] NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
   ☐ YES    [X] NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?
   ☐ YES    ☒ NO

(Please Print)

USDC ATTORNEY'S ID NO.: USDC # 226004

ATTORNEY'S NAME: David O. Martorani-Dale

MAILING ADDRESS: TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE

HATO REY  PR    ZIP CODE 00918

TELEPHONE NO.: 787-766-5656