IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>a. **$1,000,000.00** contained in Charles Schwab & Co., Inc. account **#9991-8933,** in the name of Donald Keith ELLISON, seized on April 26, 2019, ET. AL.<br><br>**Defendants.** | CIVIL NO. 19- 1693 (ADC) |

**ORDER**

Upon the United States' "Motion Requesting Issuance of Warrant of Arrest <u>in Rem</u> and Seizure", and after having been duly advised of all the facts, the Court ORDERS that a Warrant of Arrest <u>in Rem</u> be issued, and that the original be delivered to the United States Attorney for the District of Puerto Rico, who will make arrangements for its service according to law. The property to be arrested is:

a. **$1,000,000.00** contained in Charles Schwab & Co., Inc. account **#9991-8933,** in the name of Donald Keith ELLISON, seized on April 26, 2019;
b. **$3,425,512.93** contained in Charles Schwab & Co., Inc. account **#9991-8933,** in the name of Donald Keith ELLISON, seized on June 18, 2019;
c. One (1) **Myco Boat Trailer Vin #1M9BA4031JB817150**;
d. One (1) **Caterpillar Model D5K2LGP Tractor, Serial Number KYY01200**;
e. One (1) **Caterpillar Model 320EL Hydraulic Excavator, Serial Number WBK02864**;
f. **$71,551.40** contained in checking account number **855356700** at JP Morgan Chase, account is in the name of Donald Keith Ellison;
g. **$276,583.84** contained in savings account number **3653269077** at JP Morgan Chase, account is in the name of Donald Keith Ellison;
h. **$100,306.70** contained in savings account number **317222591** at JP Morgan Chase, account is in the name of Keith Ellison and Jakyln F. Garrett;
i. One (1) **2018 Invincible 40-foot catamaran Hull #IVBC0035B818**; and
j. One (1) **2018 Ford F-150 "XL" crew cab pickup truck, VIN #1FTEW1E50JFB84787.**

**IT IS SO ORDERED.**

1

San Juan, Puerto Rico, _July 24_, 2019.

_____
UNITED STATES DISTRICT JUDGE